# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Jennifer Ann Jasmaine, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 5:19-cv-00072-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Scott Pitts, et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 2, 2021 Order.

February 2, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court